IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHEMIKA CORBIN, | * |
| Plaintiff, | * |
| v. | Case No. 5:15-CV-153-CAR |
| | * |
| MEDICAL CENTER OF CENTRAL GEORGIA, INC. d/b/a MEDICAL CENTER, NAVICENT HEALTH, | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to the jury verdict dated March 30, 2017, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Defendant shall recover costs of this action.

This 31st day of March, 2017.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk